AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:18-MJ-00454 | Date and time warrant executed: August 27, 2018, at 4:00 P.M. | Copy of warrant and inventory left with: On Kitchen Table |

Inventory made in the presence of:
HSI Special Agent Tim Kirkham

Inventory of the property taken and name of any person(s) seized:

Sony Vaio serial number 275449363004268

Play Station 3 serial number CF434868689-CECH-3001A

SanDisk 2 Gigabyte Micro SD Card

Kodak M753

LG Cellular phone serial number LGM5690

Seven miscellaneous documents with telephone numbers.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/28/2018

*Executing officer's signature*

Tim Kirkham, HSI Special Agent
*Printed name and title*